**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7434**

---

SIDNEY LITTLE,

                                    Petitioner - Appellant,

        versus

B. A. BLEDSOE,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-00-1133-AM)

---

Submitted:  January 17, 2001          Decided:  February 7, 2001

---

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Sidney Little, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sydney Little seeks to appeal the district court's order dismissing his 28 U.S.C.A. § 2241 (West 1994) petition. We dismiss the appeal for lack of jurisdiction because Little's notice of appeal was not timely filed.

In civil cases in which the United States is a party, parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on July 12, 2000. Little's notice of appeal was deemed filed on September 21, 2000, the day on which he delivered it to prison officials for mailing. See Houston v. Lack, 487 U.S. 266 (1988). Because Little failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED